Bradley John Puetz
dba Desert Tactical
10410 Apples Eye Street
Las Vegas, NV 89131
Tel:(702)701-2878
brad@deserttactical.com
Plaintiff Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY J. PUETZ, d/b/a DESERT TACTICAL<br>　　　　Plaintiff,<br><br>v.<br><br>TEESPRING, INC., A Delaware Corporation; DOES I-X, ROE CORPORATIONS I-X, inclusive<br>　　　　Defendant. | Case No.: 2:17-cv-02519-MMD-GWF<br><br>**STIPULATION FOR EXTENTION OF TIME TO FILE PLAINTIFF'S RESPONSE TO TEESPRING, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br><br>Judge:　　Hon. Miranda M. Du<br>Judge:　　Hon. George W. Foley |

STIPULATION FOR EXTENTION OF TIME TO FILE PLAINTIFF'S RESPONSE TO TEESPRING, INC.'S MSJ
CASE NUMBER: 2:17-cv-05219-MMD-GWF

1

1       Plaintiff Bradley J. Puetz, pursuant to Local Civil Rule 6-1, hereby submits this Stipulation for Extension of Time to File Plaintiff's Response to Teespring, Inc's. Motion for Summary Judgment, state as follows:

1. On May 30, 2018, Defendant Teespring, Inc. filed their Motion for Summary Judgment. [Dkt. No. 41].

2. Plaintiff's response to the Motion for Summary Judgment is due on June 21, 2018.

3. Mr. Puetz has an unexpected medical episode on June 19, 2018 which required transportation to the hospital via ambulance.

4. Mr. Puetz contacted Teespring's counsel as soon as possible requesting a seven day delay for Puetz to file his response and an additional fourteen days thereafter for Teespring to file its reply.

5. Mr. Puetz and Teespring have agreed to an extension of the deadlines for Puetz to file his reply on or before June 27, 2018 and Teespring's reply shall be filed on or before July 12, 2018.

6. The relief requested herein is for good cause and will not result in undue delay in the administration of this action. No other deadlines will be affected by the requested extension.

WHEREFORE, the parties agree and stipulate that Plaintiff's deadline to file a response to Teespring's Motion for Summary Judgment is extended to on or before **June 27, 2018**, and Teespring's reply shall be due on or before **July 12, 2018**.

//
//
//
//
//
//
//

STIPULATION FOR EXTENTION OF TIME TO FILE PLAINTIFF'S RESPONSE TO TEESPRING, INC.'S MSJ
CASE NUMBER: 2:17-cv-05219-MMD-GWF

2

DATED: June 20, 2018

                                        /s/ Bradley J. Puetz
                                        Bradley J. Puetz
                                        Desert Tactical
                                        10410 Apples Eye St.
                                        Las Vegas, NV 89131
                                        (702) 701-2878
                                        Brad@deserttactical.com
                                        Plaintiff Pro Se

                                        /s/ Naomi Jane Gray
                                        Naomi Jane Gray
                                        Shades of Gray Law
                                        100 Shoreline Highway,
                                        Suite 100B
                                        Mill Valley, CA 94941
                                        Attorneys for Defendant
                                        TEESPRING, INC.

Plaintiff's deadline to file a response to Teespring's Motion for Summary Judgment is extended to on or before June 27, 2018, and Teespring's reply shall be due on or before July 12, 2018.

                                        IT IS SO ORDERED.

Dated: June 20, 2018

                                        U.S. District Judge

STIPULATION FOR EXTENTION OF TIME TO FILE PLAINTIFF'S RESPONSE TO TEESPRING, INC.'S MSJ
CASE NUMBER: 2:17-cv-05219-MMD-GWF

3

# CERTIFICATE OF SERVICE

**Case name**: PUETZ V. TEESPRING, INC.

**Case number**: 2:17-cv-05219-MMD-GWF

**What document was served?**

Title(s): **STIPULATION FOR EXTENTION OF TIME TO FILE PLAINTIFF'S RESPONSE TO TEESPRING, INC.'S MOTION FOR SUMMARY JUDGMENT**

**How was the document served?**
- X    Electronic delivery (ECF)
- ☐    Sent by fax
- ☐    Hand-delivered
- ☐    Sent by delivery service (e.g., FedEx or UPS)

**To whom was the document sent?**

Naomi Jane Gray
Shades of Gray Law
100 Shoreline Highway, Suite 100B
Mill Valley, CA 94941

Michael J. McCue
Meng Zhong
Lewis, Roca, Rothgerber, Christie, LLP
3993 Howard Hughes Pkwy
Suite 600
Las Vegas, NV 89169

**When were the documents served?** *(When were they mailed, faxed, or delivered?)*

Date: JUNE 20, 2018

**Who served the documents?**

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signature:    */s/ Bradley J. Puetz*

Printed name: BRADLEY JOHN PUETZ
Address:      10410 APPLES EYE ST
              LAS VEGAS, NV 89131