| | |
|---|---|
| Bradley John Puetz<br>dba Desert Tactical<br>10410 Apples Eye Street<br>Las Vegas, NV 89131<br>Tel:(702)701-2878<br>brad@deserttactical.com<br>*Plaintiff Pro Se* | Michael J. McCue<br>Nevada Bar No. 6055<br>MMcCue@lrrc.com<br>Meng Zhong<br>Nevada Bar No. 12145<br>MZhong@lrrc.com<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br>702.949.8200 (tel.)<br>702.949.8398 (fax)<br><br>Naomi Jane Gray (admitted *pro hac vice*)<br>ngray@shadesofgray.law<br>SHADES OF GRAY LAW GROUP, P.C.<br>100 Shoreline Highway, Suite 100B<br>San Francisco, CA 94104<br>Tel.: (415) 76-9260<br>Fax: (415) 968-4328<br><br>*Attorneys for Defendant Teespring, Inc.* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY J. PUETZ, d/b/a DESERT TACTICAL<br>       Plaintiff,<br><br>v.<br><br>TEESPRING, INC., A Delaware Corporation; DOES I-X, ROE CORPORATIONS I-X, inclusive<br>       Defendant. | Case No.: 2:17-cv-02519-MMD-GWF<br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br><br><br>Judge:    Hon. Miranda M. Du<br>Judge:    Hon. George W. Foley |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bradley Puetz, d/b/a Desert Tactical and Defendant Teespring, Inc. hereby stipulate and agree that (1) all claims and counterclaims in the above-captioned action are hereby dismissed with prejudice; and (2) each party hereto shall bear its own costs and attorneys' fees.

DATED: August 14, 2018

| BRADLEY J. PUETZ | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| --- | --- |
| | SHADES OF GRAY LAW GROUP, P.C. |
| By: /s/ Bradley J. Puetz<br>d/b/a Desert Tactical<br>10410 Apples Eye Street<br>Las Vegas, NV 89131 | By:/s/ Naomi Jane Gray<br>Naomi Jane Gray<br>100 Shoreline Highway, Suite 100B<br>Mill Valley, CA 94941 |
| *Plaintiff Pro Se* | Michael J. McCue<br>Meng Zhong<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, NV 89169-5996 |
| | *Attorneys for Defendant*<br>Teespring, Inc. |

IT IS SO ORDERED

Dated: August 15, 2018

_____
U.S. District Judge

# **CERTIFICATE OF SERVICE**

**Case name**: PUETZ v. TEESPRING.COM, INC.

**Case number**: 2:17-cv-02519-MMD-GWF

**What document was served?**

Title(s): STIPULATION OF VOLUNTARY DISMISSAL

**How was the document served?**
- X     Electronic delivery (email) (ECF)
- ☐     Sent by fax
- ☐     Hand-delivered
- ☐     Sent by delivery service (e.g., FedEx or UPS)

**To whom was the document sent?**

Naomi Jane Gray
Shades of Gray Law
100 Shoreline Highway
Suite 100B
Mill Valley, CA 94941

Michael J. McCue
Meng Zhong
Lewis, Roca, Rothgerber, Christie, LLP
3993 Howard Hughes Pkwy
Suite 600
Las Vegas, NV 89169

**When were the documents served?**

Date: AUGUST 14, 2018

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signature:    /s/ Bradley J. Puetz

Printed name: BRADLEY JOHN PUETZ
Address:      10410 APPLES EYE ST
                  LAS VEGAS, NV 89131